# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

### THE UNITED STATES OF AMERICA

vs

### ONOFRE SALAS-LOZANO

CR 23 00101 EJD VKD

SEALED BY ORDER OF COURT

## INDICTMENT

COUNT ONE:   18 U.S.C. § 2241(a) – Aggravated Sexual Abuse

COUNT TWO:   18 U.S.C. § 2242(1) – Sexual Abuse

COUNT THREE: 18 U.S.C. § 1001(a)(2) – False Statement to a Government Agency

*A true bill.*

_____
Foreperson

Filed in open court this ___6___ day of __April__ A.D. 2023

_____
United States Magistrate Judge

**Bail. $** ___no bail arrest warrant___

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

*SEALED BY ORDER OF COURT*

*FILED
APR 06 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONOFRE SALAS-LOZANO,<br><br>Defendant. | CASE NO. CR 23 00101 EJD VKD<br><br>VIOLATIONS:<br>18 U.S.C. § 2241(a) – Aggravated Sexual Abuse<br>18 U.S.C. § 2242(1) – Sexual Abuse<br>18 U.S.C. § 1001(a)(2) – False Statement to a Government Agency<br><br>SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 2241(a) – Aggravated Sexual Abuse)

On or about July 2, 2021, in the Northern District of California and within the boundaries of the Veterans Affairs Hospital in Palo Alto, an area within the special maritime and territorial jurisdiction of the United States as defined in 18 U.S.C. § 7(3), the defendant,

ONOFRE SALAS-LOZANO,

did knowingly use force to cause Victim to engage in a sexual act, to wit, contact between the penis and the vulva, in violation of Title 18, United States Code, Section 2241(a).

INDICTMENT

COUNT TWO:        (18 U.S.C. § 2242(1) – Sexual Abuse)

On or about July 2, 2021, in the Northern District of California and within the boundaries of the Veterans Affairs Hospital in Palo Alto, an area within the special maritime and territorial jurisdiction of the United States as defined in 18 U.S.C. § 7(3), the defendant,

ONOFRE SALAS-LOZANO,

did knowingly cause Victim to engage in a sexual act, to wit, contact between the penis and the vulva, by placing Victim in fear, in violation of Title 18, United States Code, Section 2242(1).

COUNT THREE:    (18 U.S.C. § 1001(a)(2) – False Statement to a Government Agency)

On or about July 20, 2021, in the Northern District of California, the defendant,

ONOFRE SALAS-LOZANO,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States. Specifically, during an interview with a special agent of the Department of Veterans Affairs Office of the Inspector General investigating the Chapter 109A offenses described herein, SALAS-LOZANO denied having sexual intercourse with Victim. This statement and representation was false because, as SALAS-LOZANO then and there knew, he did have sexual intercourse with Victim.

All in violation of Title 18, United States Code, Section 1001(a)(2).

DATED:                                                                       A TRUE BILL.

_____
FOREPERSON

ISMAIL J. RAMSEY
United States Attorney

_____
MARISSA HARRIS
Assistant United States Attorney

INDICTMENT                                                    2

AO 257 (Rev. 6/78)

*SEALED BY ORDER OF COURT*

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*FILED APR 06 2023 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

— OFFENSE CHARGED —

Count One: 18 U.S.C. § 2241(a) – Aggravated Sexual Abuse
Count Two: 18 U.S.C. § 2242(1) – Sexual Abuse
Count Three: 18 U.S.C. § 1001(a)(2) – False Statement to a Government Agency

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHED SHEET

— DEFENDANT - U.S —
▶ ONOFRE SALAS-LOZANO

DISTRICT COURT NUMBER
CR 23 00101 EJD VKD

— PROCEEDING —
Name of Complainant Agency, or Person (& Title, if any)
William Elliot, VA OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: ISMAIL J. RAMSEY
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): MARISSA HARRIS

— DEFENDANT —

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                Before Judge:

Comments:

## U.S. v. ONOFRE SALAS-LOZANO
## PENALTY SHEET:

**Count One:** **18 U.S.C. § 2241(a) (Aggravated Sexual Abuse)**

Penalties:
- Maximum Prison Term: Life
- Maximum Fine: $250,000
- Minimum Supervised Release: 5 years per 18 U.S.C. § 3583(k)
- Special Assessment Fee: $100 (additional $5,000 special assessment fee for non-indigent defendants per 18 U.S.C. § 3014)
- Mandatory Restitution
- Sex offender registration

**Count Two:** **18 U.S.C. § 2242(1) (Sexual Abuse)**

Penalties:
- Maximum Prison Term: Life
- Maximum Fine: $250,000
- Minimum Supervised Release: 5 years per 18 U.S.C. § 3583(k)
- Special Assessment Fee: $100 (additional $5,000 special assessment fee for non-indigent defendants per 18 U.S.C. § 3014)
- Mandatory Restitution
- Sex offender registration

**Count Three:** **18 U.S.C. § 1001(a)(2) (Materially False Statements relating to investigation of Chapter 109A Offense)**

Penalties:
- Maximum Prison Term: 8 years
- Maximum Fine: $250,000
- Maximum Supervised Release: 3 years
- Special Assessment Fee: $100